Barbara Anne West              OBA No. 18489
300 36th Ave SW, # 538
Norman, OK 73072

William F. Westerman           OBA No. 9502
10409 Shepherds Crook Ct.
Potomac, MD 20854

## 2004 OK 64

**In the Matter of SUSPENSION OF MEMBERS OF the OKLAHOMA BAR ASSOCIATION FOR NON–COMPLIANCE WITH MANDATORY CONTINUING LEGAL EDUCATION REQUIREMENTS FOR the YEAR 2003.**

### No. 4929.

Supreme Court of Oklahoma.

July 1, 2004.

### *ORDER OF SUSPENSION*

This matter comes on before this Court for consideration of the Recommendation for Suspension submitted by the Board of Governors of the Oklahoma Bar Association, for suspension of members from membership in the Association and from the practice of law in the State of Oklahoma, as provided by the Rules of the Supreme Court for Mandatory Continuing Legal Education for failure to comply with such rules for the year 2003.

The Court having considered said Recommendation finds that each of the members of the Oklahoma Bar Association, named in the attached Exhibit, should be and is hereby suspended from membership in the Association and from the practice of law in the State of Oklahoma, as provided by the Rules of the Supreme Court for Mandatory Continuing Legal Education for failure to comply with such rules for the year 2003.

HODGES, LAVENDER, HARGRAVE, KAUGER, BOUDREAU, WINCHESTER, EDMONDSON, JJ., concur.

OPALA, V.C.J., not participating.

### *EXHIBIT*

Suzanne D. Alsaif                OBA No. 17565
9228 North MacAruthur Boulevard,
Apartment D
Oklahoma City, OK 73132

Mary Kathryn Behlen             OBA No. 11321
2808 Lost Rock Trail
Edmond, OK 73003-4556

Barry Weldon Benefield          OBA No. 698
129 West Commerce

Oklahoma City, OK 73109

| | |
|---|---|
| Robert Allen Benningfield<br>4521 East Fifth Street<br>Tulsa, OK 74112 | OBA No. 716 |
| Richard Wayne Bohan<br>8915 Red Cloud Road<br>Houston, TX 77064 | OBA No. 11229 |
| David Allen Box<br>1510 North Choctaw Avenue<br>Claremore, OK 74017-3112 | OBA No. 1013 |
| Alford A. Bratcher<br>R.R. 4 Box 224 G<br>Duncan, OK 73533-9437 | OBA No. 13661 |
| Brian L.C. Breeding<br>P.O. Box 26526<br>West Haven, CT 06516 | OBA No. 1096 |
| Jeffrey Carlton Bumgardner<br>P.O. Box 9431<br>Wichita, KS 67277 | OBA No. 16479 |
| Geoffrey Layton Burks<br>1015 Providence Towers East<br>5001 Spring Valley Road<br>Dallas, TX 75244 | OBA No. 18664 |
| Dochele Burnett<br>Westbrook Law Office<br>820 West Tenth Street<br>Austin, TX 78701-2065 | OBA No. 10749 |
| Keith Tulloss Childers<br>5017 Steanson # E<br>Oklahoma City, OK 73112 | OBA No. 1657 |
| Andrew Rostyslav Chubaty<br>420 25th Avenue North<br>St. Petersburg, FL 33704-2822 | OBA No. 1681 |
| Stephen Ferrell Clifton<br>P.O. Box 76014<br>Oklahoma City, OK 73147-2014 | OBA No. 13937 |
| Loeva Jane Martin Cook<br>622 New Jersey Avenue<br>Norfolk, VA 23508 | OBA No. 1870 |
| Craig Dodd<br>P.O. Box 452342<br>Grove, OK 74345-2342 | OBA No. 2388 |
| Charles C. Dunn Jr<br>4930 East Sixth Street<br>Tulsa, OK 74114 | OBA No. 2542 |
| Shane Mark Egan | OBA No. 15545 |

Weil Gotshal & Manges Llp
767 Fifth Avenue
New York, N.Y. 10153

Carolyn A. Farris                                  OBA No. 13748
12004 Cantle Road
Oklahoma City, OK 73120

George Warren Flippo                               OBA No. 2986
4131 South Cincinnati
Tulsa, OK 74105

Janet Lynn Folsom                                  OBA No. 18891
1305 Ceres Drive
Lafayette, CO 80026

Cindy Ann Lopez Garcia                             OBA No. 10648
201 North First Street
Harlingen, TX 78550-5522

Gregory E Garstang                                 OBA No. 3271
7256 Fernmeadow
Dallas, TX 75248

Rene Thomas Goupillaud                             OBA No. 3501
12 Indian Pipe
Dove Canyon, CA 92679-4206

Tawnja Ann Gray                                    OBA No. 16228
Route 1 Box 50 A
Binger, OK 73009-9725

Daniel Ray Gripe                                   OBA No. 3630
111 North Main
Yale, OK 74085

Richard Alan Gurley                                OBA No. 10828
1016 Grover Lane
Norman, OK 73069

Margaret Ann Harcourt                              OBA No. 14409
100 East Main
Norman, OK 73069

Michael Charles Heathco                            OBA No. 14580
P.O. Box 406
Lawton, OK 73502-0406

William Harvey Hinkle                              OBA No. 4229
1730 West Virgin Street
Tulsa, OK 74127-2510

Brett George Hughes                                OBA No. 4462
Apartment 2080
8218 South 77th East Avenue
Tulsa, OK 74133

Thomas Haskins Hull                                OBA No. 11039
4665 South Columbia Avenue
Tulsa, OK 74105

| | |
|---|---|
| Steven Randall Jung<br>5909 Northwest Expressway<br>Suite 402<br>Oklahoma City, OK 73132 | OBA No. 18577 |
| Thomas Wayne Kendall<br>5716 Arrow Point Drive<br>Plano, TX 75093 | OBA No. 4954 |
| Kimberly D. King-Hopkins<br>MD 41-3<br>One Williams Center<br>Tulsa, OK 74172 | OBA No. 19025 |
| Lisa Greeman Lowry<br>1147 South Newport Avenue<br>Tulsa, OK 74120 | OBA No. 14771 |
| Mark Douglas Mainprize<br>23804 East Tecumseh Avenue<br>Catoosa, OK 74015 | OBA No. 16268 |
| Cameron Wayne Martin<br>1445 East 33rd Street<br>Tulsa, OK 74105 | OBA No. 12052 |
| Shirley Ann Marzan<br>15889 Southwest 66th Terrace<br>Miami, FL 33193 | OBA No. 17092 |
| Gerald Francis Meek<br>P.O. Box 2961<br>Fayetteville, NC 28302-2961 | OBA No. 18966 |
| John David Merritt<br>Market Auditorium Ballroom<br>311 South Klein Avenue<br>OKC, OK 73108 | OBA No. 18777 |
| Howard Steven Miller<br>6205 East 100th Street<br>P.O. Box 55424<br>Tulsa, OK 74155-1424 | OBA No. 6210 |
| Bruce L Morgan<br>P.O. Box 1401<br>Guthrie, OK 73044 | OBA No. 6378 |
| Robert Bryan Morrison<br>2601 Valley Drive<br>Searcy, AR 72143 | OBA No. 17107 |
| Eric Morrow<br>9 Road 3775<br>Farmington, NM 87401-7976 | OBA No. 16020 |
| Cecily Anne Murray<br>211 North Robinson<br>Suite 1700<br>Oklahoma City, OK 73102 | OBA No. 18117 |

Stephen Mark Naslund     OBA No. 13153
1009 West Tenth Avenue
Amarillo, TX 79101-3112

Sanford Graham Palmer    OBA No. 18978
3908 Blueridge Drive
The Colony, TX 75056

Peter Gregory Pariseau    OBA No. 14863
P.O. Box 35827
Tulsa, OK 74153-0827

Robert C Payden     OBA No. 6980
717 South Houston Suite 509
Tulsa, OK 74127

Eric Taylor Poston     OBA No. 15069
10443 North May Avenue # 615
Oklahoma City, OK 73120-2610

Dormeil Lynette Richardson-McDonald OBA No. 15451
6920 Colfax Road
Cleveland, OH 44104

William David Ridout    OBA No. 7572
6716 South Saint Louis Avenue
Tulsa, OK 74136

Scott Gerald Robelen    OBA No. 14016
10925 Fountain Boulevard
Oklahoma City, OK 73170

James Michael Rogers    OBA No. 15049
1333 E 37th Pl
Tulsa, OK 74105

James Carl Schlecht    OBA No. 15619
3034 Lacey
Chickasha, OK 73018-7323

Gregory Allan Scrivener    OBA No. 18139
2250 Rippling Rill Street
San Antonio, TX 78232-3918

Dan Edward Silvius     OBA No. 8244
97 Gay Drive
Ventura, CA 93003

Larry Don Speer     OBA No. 17142
104 East Eufaula
Norman, OK 73069

Robert Wayne Stansel    OBA No. 18607
Tawwater & Slama LLP
211 North Robinson Suite 1950
Oklahoma City, OK 73102

Walter G Stephenson    OBA No. 10135
2130 East 48th Street
Tulsa, OK 74105-8701

James Fredrick Strothman    OBA No. 15849
P.O. Box 891
Clifton, CO 81520

Deborah Ann Joseph Stumps  OBA No. 13300
3324 East 100th Place
Tulsa, OK 74137

William David Tidholm    OBA No. 9014
1000 Louisiana, Suite 3400
Houston, TX 77002

Cynthia Merifield Tripodi   OBA No. 13734
3000 North Edison Street
Arlington, VA 22207

Jeffery Dane Wagnon    OBA No. 13609
P.O. Box 1326
Pawhuska, OK 74056-1326

Joseph David Weinstock   OBA No. 19252
1341 Yale Suite # 5
Santa Monica, CA 90404

Laurie Ann Welborn    OBA No. 13538
9806 Pleasant Road
Daphne, AL 36526

Richard Lee Weldon    OBA No. 9463
P.O. Box 60741
Oklahoma City, OK 73146-0741

Barbara Anne West    OBA No. 18489
300 36th Avenue Southwest # 538
Norman, OK 73072

William F. Westerman    OBA No. 9502
10409 Shepherds Crook Court
Potomac, MD 20854

John Matthew Whitworth   OBA No. 18157
100 South Wheeler
Sallisaw, OK 74955-4620

Gary B. Wilcox     OBA No. 11009
4635 North 35th Street
Arlington, VA 22207

Michael Anthony Wilkinson  OBA No. 18621
127 Northwest Tenth Street
Oklahoma City, OK 73103

James S. Wooley     OBA No. 9881
420 Greenridge Court
Debary, FL 32713